1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   Julian J. Pardini, Esq., SB# 133878
2     E-Mail: Julian.Pardini@lewisbrisbois.com
   Stephen J. Liberatore, Esq., SB# 129772
3     E-Mail: Stephen.Liberatore@lewisbrisbois.com
   333 Bush Street, Suite 1100
4  San Francisco, California 94104-2872
   Telephone: 415.362.2580
5  Facsimile: 415.434.0882

6  Attorneys for Complainant in Interpleader
   FIDELITY & GUARANTY
7  LIFE INSURANCE COMPANY

8

   **LAW OFFICES OF BENNETT M. COHEN**
9  Bennett M. Cohen, Esq.  SB# 98065
           Email:  bennettmcohen@gmail.com
10 1438 Market Street
   San Francisco, CA 94102
11 Tel:  415.864.3246
   Fax:  415.373.9365
12
   Attorneys for Defendant
13 DAISY NG

14
   **LOUIE & KITSUSE**
15 Calvin S. Louie, Esq.  SB# 96942
           Email:  clouie@lklaw.org
16 1520 The Alameda, Suite 100
   San Jose, CA 95126
17 Tel:  408.289.1118
   Fax:  408.289.1119
18
   Attorneys for Defendant
19 YING YEH

20                    UNITED STATES DISTRICT COURT

21                   NORTHERN DISTRICT OF CALIFORNIA

| 22 | FIDELITY & GUARANTY LIFE INSURANCE COMPANY | CASE NO.  15-CV-00778 LB |
|---|---|---|
| 23 | | **STIPULATION OF PARTIES** |
| | Plaintiff, | ORDER |
| 24 | | |
| 25 | v. | |
| 26 | DAISY NG; YING YEH; and DOES 1 to 100, inclusive, | |
| 27 | Defendants. | |

28

4818-6055-5556.1

STIPULATION OF PARTIES; [PROPOSED] ORDER

Plaintiff FIDELITY & GUARANTY LIFE INSURANCE COMPANY ("FGLIC") and Defendants DAISY NG ("Ms. Ng") and YING YEH ("Ms. Yeh"), with FGLIC, Ms. Ng. and Ms. Yeh referred to hereinafter, collectively, as "the Parties", hereby stipulate as follows:

## RECITALS

1. On April 26, 2004, FGLIC issued life insurance policy no. L0100492 ("the Policy"), with a face value of two-hundred thousand dollars ($200,000) to Jerry P. Kondeff ("Mr. Kondeff").

2. Mr. Kondeff designated his former spouse, Ms. Ng, as the primary beneficiary under the Policy.

3. On July 5, 2006, Mr. Kondeff married Ms. Yeh.

4. On June 13, 2014, Mr. Kondeff died.

5. At the time of Mr. Kondeff's death, he was still married to Ms. Yeh and Ms. Ng remained the primary beneficiary under the Policy.

6. FGLIC does not contest the validity of the Policy or its obligation to pay benefits under the Policy.

7. Ms. Ng and Ms. Yeh are in agreement that the $200,000 policy benefit should be apportioned 50/50 before deduction of the costs and attorney's fees being claimed by FGLIC.

NOW, THEREFORE, the Parties, by and through their respective counsel of record, do hereby stipulate as follows as request that the Court issue an order in accordance therewith:

## STIPULATION

1. That, no later than 15 days after executing this order, FGLIC be authorized and directed to send a check in the amount of $92,283 made payable to "Ying Yeh and Louie & Kitsuse Law Office" to the following address: Louie & Kitsuse Law Office, 1520 The Alameda, Suite 100, San Jose CA 95126.

2. That, no later than 15 days after executing this order, FGLIC be authorized and directed to send a check in the amount of $92,283 made payable to "Daisy Ng and the Law Offices of Bennett M. Cohen" to the following address: Bennett M. Cohen, 1438 Market St, San

1  Francisco CA 94102.

2      3.    That Ms. Ng and Ms. Yeh be temporarily and permanently restrained from instituting or prosecuting against FGLIC any claim in any state or United States court affecting said benefits, except by way of interpleader in this action;

    4.    That FGLIC be discharged from any and all further liability under the Policy; and

    5.    That FGLIC be awarded $15,434 to cover its attorneys' fees ($14,370) and costs and expenses ($1,064) incurred in connection with the bringing of this Complaint in Interpleader.

    6.    That this action is hereby dismissed with prejudice.

Dated: July 21, 2015

LEWIS BRISBOIS BISGAARD & SMITH LLP

By _____
Stephen J. Liberatore
Attorneys for Plaintiff
FIDELITY & GUARANTY LIFE INSURANCE COMPANY

Dated: July __, 2015

LAW OFFICES OF BENNETT COHEN

By _____
Bennett M. Cohen
Attorneys for Defendant
DAISY NG

Dated: July __, 2015

By _____
Daisy Ng
Defendant

Dated: July __, 2015

LOUIE & KITSUSE

By _____
Calvin S. Louie
Attorneys for Defendant
YING YEH

Dated: July __, 2015

By _____
Ying Yeh
Defendant

Francisco CA 94102.

3. That Ms. Ng and Ms. Yeh be temporarily and permanently restrained from instituting or prosecuting against FGLIC any claim in any state or United States court affecting said benefits, except by way of interpleader in this action;

4. That FGLIC be discharged from any and all further liability under the Policy; and

5. That FGLIC be awarded $15,434 to cover its attorneys' fees ($14,370) and costs and expenses ($1,064) incurred in connection with the bringing of this Complaint in Interpleader.

Dated: July __, 2015       LEWIS BRISBOIS BISGAARD & SMITH LLP

By _____
Stephen J. Liberatore
Attorneys for Defendant
FIDELITY & GUARANTY LIFE
INSURANCE COMPANY

Dated: July __, 2015       LAW OFFICES OF BENNETT COHEN

By /s/ Bennett M. Cohen
Bennett M. Cohen
Attorneys for Defendant
DAISY NG

Dated: July __, 2015

By /s/ Daisy Ng
Daisy Ng
Defendant

Dated: July __, 2015       LOUIE & KITSUSE

By _____
Calvin S. Louie
Attorneys for Defendant
YING YEH

Dated: July __, 2015

By _____
Ying Yeh
Defendant

4818-6055-5556.1

3B

STIPULATION OF PARTIES; [PROPOSED] ORDER

Francisco CA 94102.

3. That Ms. Ng and Ms. Yeh be temporarily and permanently restrained from instituting or prosecuting against FGLIC any claim in any state or United States court affecting said benefits, except by way of interpleader in this action;

4. That FGLIC be discharged from any and all further liability under the Policy; and

5. That FGLIC be awarded $15,434 to cover its attorneys' fees ($14,370) and costs and expenses ($1,064) incurred in connection with the bringing of this Complaint in Interpleader.

6. That this action is hereby dismissed with prejudice.

Dated: July __, 2015

LEWIS BRISBOIS BISGAARD & SMITH LLP

By _____
Stephen J. Liberatore
Attorneys for Plaintiff
FIDELITY & GUARANTY LIFE INSURANCE COMPANY

Dated: July __, 2015

LAW OFFICES OF BENNETT COHEN

By _____
Bennett M. Cohen
Attorneys for Defendant
DAISY NG

Dated: July __, 2015

By _____
Daisy Ng
Defendant

Dated: July 20, 2015

LOUIE & KITSUSE

By _____
Calvin S. Louie
Attorneys for Defendant
YING YEH

Dated: July 20, 2015

By _____
Ying Yeh
Defendant

**ORDER**

Based on the foregoing stipulation of the Parties and finding good cause therefor,

**THE COURT HEREBY ORDERS AND DECREES** that:

1. That, no later than 15 days after execution of this order, FGLIC is hereby authorized and directed to send a check in the amount of $92,283 made payable to "Ying Yeh and Louie & Kitsuse Law Office" to the following address: Louie & Kitsuse Law Office, 1520 The Alameda, Suite 100, San Jose CA 95126;

2. That, no later than the first 15 days after executing this order, FGLIC is hereby authorized and directed to send a check in the amount of $92,283 made payable to "Daisy Ng and Law Offices of Bennett M. Cohen" to the following address: Bennett M. Cohen 1438 Market St, San Francisco CA 94102;

3. That Ms. Ng and Ms. Yeh are hereby temporarily and permanently restrained from instituting or prosecuting against FGLIC any claim in any state or United States court affecting said benefits, except by way of interpleader in this action;

4. That FGLIC is hereby discharged from any and all further liability under the Policy; and

5. That FGLIC is hereby awarded $15,434 to cover its reasonable attorneys' fees ($14,370) and costs and expenses ($1,064) incurred in connection with the bringing of this Complaint in Interpleader.

6. That this action is hereby dismissed with prejudice.

It is so ordered.

Dated: July 28, 2015

_____
Laurel Beeler
United States Magistrate Judge
United States District Court
Northern District of California